**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____Pro Se    _____As counsel for:    _____
                                        Name of party

I am, or the party I represent is (select one):

_____Petitioner    _____Respondent    _____Amicus curiae    _____Cross Appellant

_____Appellant    _____Appellee    _____Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____Petitioner or appellant    _____Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | _____ |
| Law firm: | _____ |
| Address: | _____ |
| City, State and ZIP: | _____ |
| Telephone: | _____ |
| Fax #: | _____ |
| E-mail address: | _____ |

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____Yes    _____No

_____A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 03/23/2015 | /s/ Lori A. Gordon |
| Date | Signature of pro se or counsel |

cc: _____

## CERTIFICATE OF SERVICE

I, Lori A. Gordon, hereby certify that a copy of the **LORI A. GORDON ENTRY OF APPEARANCE** was served by electronic mail and U.S. Mail, addressed to:

>Dr. Lakshmi Arunachalam,
>222 Stanford Avenue
>Menlo Park, CA 94025
>Tel: 650.690.0995
>Fax: 650.854.3393
>Laks22002@yahoo.com

Dated: March 23, 2015

/s/ Lori A. Gordon
Lori A. Gordon
STERNE KESSLER GOLDSTEIN & FOX PLLC
1100 New York Avenue, NW
Washington, DC  20005
202.371.2600

*Counsel for Appellee,*
*SAP America, Inc.*